May 12, 2020

United States District Court
Attn: David J. Bradley, Clerk
601 Rosenberg St.
Galveston, TX 77550

United States Courts
Southern District of Texas
FILED

MAY 18 2020

David J. Bradley, Clerk of Court

RE: Enclosed Emergency Request for Leave to File Without Exhaustion to Avoid Irreparable Harm

Dear Mr. Bradley:

   Enclosed please find my Emergency Request for Leave to File Without Exhaustion to Avoid Irreparable Harm. Things inside the Texas prison system are much worse than TDCJ officials are leading the public to believe. Since the Court retains it's traditional equitable discretion to grant temporary relief to maintain the status quo pending exhaustion I am requesting the Courts permission to file pending administrative remedy exhaustion. Will you please file this and bring it to the immediate attention of Judge Brown? I would also appreciate a copy of this filing with a date stamp.
   Thank you for your time and attention to this matter.

Sincerely,
Dustin Mitchell
Petitioner, Pro Se
Dustin Mitchell