United States District Court
Southern District of Texas
**ENTERED**
August 09, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

════════════
No. 3:20-cv-0164
════════════

DUSTIN MITCHELL, TDCJ #2221593, PLAINTIFF,

v.

WARDEN CYNTHIA D. TILLEY, *ET AL.*, DEFENDANTS.

════════════════════════════
## ORDER
════════════════════════════

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

On July 7, 2021, the court dismissed the civil-rights action filed by the plaintiff, Dustin Mitchell, after he failed to respond to an order directing him to provide a more definite statement of his claims (Dkt. 23). Mitchell was advised that he could seek relief from the dismissal of his case if he complied with the court's order for a more definite statement of his claims (*Id.* at 2), which was entered previously in this case (Dkt. 22). Mitchell has filed a motion to reinstate this case (Dkt. 25). However, he has not provided a more definite statement as directed and he has not otherwise complied with the court's orders.

Accordingly, it is **ORDERED** that Mitchell's motion to reinstate (Dkt. 25) is **DENIED** at this time. The court will reconsider whether to reinstate the case only if Mitchell files a new motion for relief that is accompanied by a completed

1/ 2

response to the order for more definite statement issued previously in this case

(Dkt. 22).

The clerk will provide a copy of this order to the plaintiff.

Signed at Galveston Island, Texas, on ___August 9th_____, 2021.

_____

JEFFREY VINCENT BROWN

UNITED STATES DISTRICT JUDGE